**Original Filed 5/22/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE GEOFFREY WOOD,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE BAR OF CALIFORNIA,<br><br>                Defendant. | Case Number C 07-2020 JF<br><br>ORDER[1] GRANTING REQUEST FOR EXTENSION TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 6] |

On April 10, 2007, Plaintiff Joe Geoffrey Wood filed a complaint against the State Bar of California. On the same date, the Clerk of the Court advised Plaintiff that he should complete an *in forma pauperis* affidavit or pay the appropriate filing fee within thirty days. On May 15, 2007, the Court received a letter from Plaintiff dated May 7, 2007. Plaintiff states that a number of delays and complications at the jail at which he is currently confined made it impossible for him to complete the *in forma pauperis* application within thirty days of filing suit. Plaintiff moves for an extension to allow time for him to receive from the jail cashier a "Certificate of Funds in

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-2020 JF
ORDER GRANTING REQUEST FOR EXTENSION TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

Prisoner's Account."

The Court concludes that Plaintiff should be granted a short extension. Plaintiff shall file any application to proceed *in forma pauperis* on or before June 12, 2007.

IT IS SO ORDERED.

DATED: May 22, 2007

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 07-2020 JF
ORDER GRANTING REQUEST FOR EXTENSION TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

This Order has been served upon the following persons:

Joe Geoffrey Wood
4118385
Sacramento County Main Jail
SW 104
651 "I" Street
Sacramento, CA 95814

3

Case No. C 07-2020 JF
ORDER GRANTING REQUEST FOR EXTENSION TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)