**E-Filed 6/4/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOE GEOFFREY WOOD, | Case Number C 07-2020 JF |
| Plaintiff, | ORDER[1] RE SERVICE |
| v. | [re: docket no. 10] |
| STATE BAR OF CALIFORNIA, | |
| Defendant. | |

The Court has received a letter from Plaintiff in which he seeks clarification of the application of the Court's scheduling order to this action. The Court construes this letter as a request to allow a 120-day period for service of the complaint. The Court concludes that this request should be granted. However, Plaintiff is instructed that further requests of this kind should be made in an appropriate motion. The Court may not dispense legal advice to Plaintiff and letters soliciting advice will not be answered.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-2020 JF
ORDER RE SERVICE
(JFLC1)

1    IT IS SO ORDERED.

2

3    DATED: June 4, 2007

4

5                                                    _____

6                                                    JEREMY FOGEL
                                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 07-2020 JF
ORDER RE SERVICE
(JFLC1)

1   This Order has been served upon the following persons:

2   Joe Geoffrey Wood
    x4118385        5W 104
3   Sacramento County Main Jail
    651 "I" Street
4   Sacramento, CA 95814

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 07-2020 JF
ORDER RE SERVICE
(JFLC1)