**E-Filed 7/31/2007**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOE GEOFFREY WOOD,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE BAR OF CALIFORNIA,<br><br>　　　　　　　Defendant. | Case Number C 07-2020 JF<br><br>ORDER[1] DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[re: docket no. 13] |

　　　　On April 10, 2007, Plaintiff Joe Geoffrey Wood filed a complaint against the State Bar of California. On May 22, 2007, the Court extended the deadline for filing any application to proceed *in forma pauperis* to June 12, 2007. On June 6, 2007, Plaintiff filed a motion to proceed *in forma pauperis*. On June 11, 2007, the filing fee of $350.00 was received with a letter from Plaintiff's parent, Hollis R. Wood, indicating that the Sacramento County Jail had not completed the paperwork necessary to allow Plaintiff to submit a full application to proceed *in forma pauperis*. Because the filing fee has been paid, the application to proceed *in forma pauperis* will be denied as moot.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-2020 JF
ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)

1
2   IT IS SO ORDERED.
3
4   DATED: July 31, 2007
5
6   _____
    JEREMY FOGEL
7   United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1  This Order has been served upon the following persons:

2  Joe Geoffrey Wood
   915 L Street
3  Suite C432
   Sacramento, CA 95814
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-2020 JF
ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)