**E-Filed 10/16/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JOE GEOFFREY WOOD, | Case Number C 07-2020 JF |
| Plaintiff, | JUDGMENT |
| v. | |
| STATE BAR OF CALIFORNIA, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that the action be dismissed without prejudice.

DATED: October 16, 2007

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-2020 JF
JUDGMENT
(JFLC3)

1 | This Order has been served upon the following persons:

2 | Joe Geoffrey Wood
3 | 915 L Street
Suite C432
4 | Sacramento, CA 95814

5 | Mark A Torres-Gil   Mark.torresgil@calbar.ca.gov

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 07-2020 JF
JUDGMENT
(JFLC3)